1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorneys for Defendant
6  ROBERT L. AGUIRRE

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )  Case Nos.: 5:16-po-00121 JLT
12            Plaintiff,               )            5:16-po-00047 JLT
                                       )
13  vs.                                )  REQUEST TO CONTINUE STATUS
                                       )  CONFERENCE; [~~PROPOSED~~] ORDER
14  ROBERT L. AGUIRRE,                 )
                                       )  (Doc. 23)
15            Defendant.               )
                                       )
16  _____)

17        **IT IS HEREBY REQUESTED**, by ROBERT L. AGUIRRE that the status conference

18  set for May 19, 2016, be continued to August 2, 2016, at 9:00 a.m.

19        The defendant has posted a $2,000 cash bond as ordered by the court, and has confirmed

20  with counsel that he will be personally present for the next court hearing.  The purpose of the

21  May 19, 2016 status conference was to confirm the status of the bond and to explore why

22  defendant did not appear at the last hearing.  As explained in a prior communication with the

23  courtroom deputy and counsel for the government, defendant was not aware of the May 3, 2016

24  court date for which he failed to appear.  He will be present at all future court days unless a

25  waiver of appearance is granted at some future time.  No waiver of appearance is requested at

26  this time.

27        The continuance is requested with the intention of conserving time and resources for both

28  the parties and the Court.  The parties agree that the delay resulting from the continuance shall be

1   excluded in the interests of justice, including but not limited to, the need for the period of time

2   set forth herein for effective defense preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and

3   3161(h)(7)(B)(i) and (iv).

4                                                        Respectfully submitted,

5                                                        HEATHER E. WILLIAMS
                                                         Federal Defender
6
     Date: May 18, 2016                    */s/ Megan T. Hopkins*
7                                                        MEGAN T. HOPKINS
                                                         Assistant Federal Defender
8                                                        Attorney for Defendant
                                                         ROBERT L. AGUIRRE
9

10                                          **O R D E R**

11          Though the Court understands that the defendant has told his attorney that he was

12  unaware of his obligation to appear at court on May 3, 2016, this explanation is false.  When Mr.

13  Aguirre was arrested and brought to court on April 19, 2016—after having failed to appear on

14  April 5, 2016—the Court explicitly ordered Mr. Aguirre to appear on May 3, 2016 and Mr.

15  Aguirre acknowledged his obligation to appear.  Indeed, the Court admonished Mr. Aguirre that

16  his failure to appear would result in deputies from the U.S. Marshal Service again arresting him

17  and bringing him to court and would forfeit the cash bond.

18          In any event, because the purpose of the status conference was to confirm the cash bond

19  was paid and that Mr. Aguirre would appear at the future hearings—which has occurred—the

20  Court **ORDERS**:

21          1.   The status conference in *United States v. Aguirre*, Case Number 5:16-po-00121-JLT,

22               is continued to August 2, 2016, at 9:00 a.m.;

23          2.  Mr. Aguirre SHALL appear on August 2, 2016 at 9:00 a.m.;

24  ///

25  ///

26  ///

27  ///

28  ///

3.  In order to allow his counsel to review discovery and to have communications with the government, the Court finds that good cause exists and the interests of justice outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded pending the next hearing on August 2, 2016.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                                **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE

-3-