BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
1 South Rosamond Blvd.
Edwards AFB, CA 93524
Phone: (661) 277-4310
Fax: (661) 277-2887

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. AGUIRRE<br><br>Defendant. | Case No. 5:16-po-00047-JLT<br>5:16-po-00121 JLT<br><br>**PLEA AGREEMENT** |

Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, the United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Special Assistant United States Attorney CHRISTOPHER R. PILCH, and Defendant ROBERT L. AGUIRRE and his attorney MEGAN T. HOPKINS, have agreed as follows:

**I. Agreements by the Defendant.**

A. The Defendant agrees that this Plea Agreement shall be filed with the Court and become a part of the record of the case.

B. The Defendant agrees to enter a plea of guilty to Count Two of the Information dated April 29, 2016, the charged violation of California Penal Code § 148(a)(1), assimilated under 18 U.S.C. § 13.

C. The Defendant acknowledges that his plea of guilty is voluntary and that no force,

1

threats, promises, or representations have been made to anybody, nor agreement reached, other than those set forth expressly in this Plea Agreement, to induce the Defendant to plead guilty.

D. Defendant agrees to pay a nine-hundred and fifty dollar ($950.00) fine, to be paid within 12 months, inclusive of all penalty assessments, serve a custodial sentence of twenty-one (21) days which will be suspended for the period of probation, and serve a term of thirty-six (36) months of unsupervised probation, with conditions to include: paying any fine ordered by the court and the mandatory condition to obey all laws. The term "obey all laws" as used herein means all federal, state and local laws. An offense that can be charged only as an infraction will not be considered a "violation of the law" within the meaning of this agreement.

E. Should the Defendant not be a citizen of the United States, the Defendant hereby acknowledges that adverse immigration consequences, including but not limited to removal from the United States, exclusion from admission into the United States, and/or denial of naturalization in the United States, may result from his plea.

F. The Defendant acknowledges that this agreement has no bearing on any potential administrative action that the Defendant's employer seeks to pursue.

**II. Agreements by the Government.**

A. With respect to Count Two of the Information, dated July 6, 2015, the Government agrees to recommend the sentence set forth above.

B. The Government agrees to dismiss Count One, Violation of California Penal Code § 240, assimilated under 18 U.S.C. § 13; Count Three, Violation of California Vehicle Code § 23103, assimilated under 18 U.S.C. § 13; and Count Four, Violation of 18 U.S.C. § 1361, in the interest of justice.

C. The Government agrees to waive any mandatory appearance requirement for the Defendant upon execution of this agreement.

**III. Nature, Elements, and Possible Defenses.**

The Defendant has read the charge against him contained in the Information, and that charge has been fully explained to him by his attorney. Further, the Defendant fully understands the nature and elements of the crime in the information to which he is pleading guilty, together

with the possible defenses thereto, and has discussed them with his attorney.

**IV. Factual Basis.**

The Defendant concedes that he will plead, and is pleading, guilty to the crime set forth in Count Two of the Information, because he is, in fact, guilty of that offense. The Defendant also agrees that the following are the true and correct facts of this case: ROBERT L. AGUIRRE did, on or about 30 September 2015, at or near Edwards Air Force Base, in the State and Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, willfully resist Edwards Air Force Base Security Forces Officer Christian Bach, a peace officer lawfully performing or attempting to perform her duties as a peace officer, while ROBERT L. AGUIRRE knew or should have reasonably known she was a peace officer performing or attempting to perform her duties as a peace officer.

**V. Waiver of Rights.**

The Defendant understands that by pleading guilty he surrenders certain rights, including the following:

A. If the Defendant persisted in a plea of not guilty to the charges against him, he would have the right to a public and speedy trial by a jury.

B. The jury would find the facts and determine, after hearing all the evidence, whether or not the jury was persuaded of the Defendant's guilt beyond a reasonable doubt.

C. At a trial, the Government would be required to present its witnesses and other evidence against the Defendant, and prove each element of the charge against the Defendant beyond a reasonable doubt. The Defendant would be able to confront those Government witnesses and his attorney would be able to cross-examine them. In turn, the Defendant could present witnesses and other evidence on his own behalf. If the witnesses for the Defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court. At trial, the Defendant would also have the right to assistance of legal counsel. If he could not afford legal counsel, an attorney would be appointed for him by the Court at no expense to him.

D. At a trial, the Defendant would have a privilege against self-incrimination so that he

could decline to testify, and no inference of guilt could be drawn from this refusal to testify. The Defendant understands that by pleading guilty he is waiving all of the rights set forth above, and acknowledges that his attorney has explained to him those rights and the consequences of his waiver of those rights.

**VI. Entire Agreement.**

This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of any promises apart from those specifically set forth in this Plea Agreement. This written agreement sets forth all of the terms of the agreement and is enforceable only as to the terms set forth herein.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 17, 2015

CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney

DATED: 8/26/2016

MEGAN T. HOPKINS
Attorney for the Defendant

DATED: 8/20/2016

ROBERT L. AGUIRRE
Defendant

4

**O R D E R**

The Court accepts the Plea Agreement, finds a sufficient factual basis for the plea, and finds:

1. ROBERT L. AGUIRRE is **GUILTY** of Count Two (California Penal Code § 148(a)(1), assimilated under 18 U.S.C. § 13) of the Information, dated April 29, 2016;

2. The Court sentences ROBERT L. AGUIRRE to pay a $950.00 fine, inclusive of all penalty assessments, serve a custodial sentence of 21 days which will be suspended for the period of probation, and serve a term of 36 months of unsupervised probation, with conditions to include: paying any fine ordered by the court and the mandatory condition to obey all laws;

3. Counts One, Three, and Four (and which is the single charge in case number 5:16-po-00121 JLT/citation number 4422154) of the Information are hereby dismissed, in the interest of justice. No further appearances are required.

IT IS SO ORDERED.

Dated:   **September 1, 2016**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1